# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 1:19-cv-00183-PLR-CHS ) ) |
| ADVENT HOME LEARNING CENTER, INC. d/b/a ADVENT HOME YOUTH SERVICES, INC., and BLONDEL SENIOR, | ) ) ) ) ) |
| Defendants. | ) |

## JOINT MOTION FOR DISMISSAL WITH PREJUDICE

Come the parties, Plaintiff Riverport Insurance Company and Defendants Advent Learning Center, Inc., d/b/a Advent Home Youth Services, Inc., and Blondel Senior ("Defendants") (collectively, the "Parties"), through counsel, and files this Joint Motion for Dismissal with Prejudice ("Motion") pursuant to Federal Rule of Civil Procedure 41.

In support of this Motion, the Parties state the following:

1. Federal Rule of Civil Procedure 41 permits cases to be dismissed with prejudice.

2. The Parties in the above captioned matter agree that this case should be dismissed with prejudice.

3. In accordance with ECF Rule 4.8, the Parties have filed this Motion jointly and have attached a proposed order as an exhibit hereto.

The Parties, accordingly, request for this Court to dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41.

Respectfully submitted,

Patrick, Beard, Schulman & Jacoway, P.C.

By: /s/ Jeremy M. Cothern
    Jeremy M. Cothern, #027166
    Robert W. Wheeler, #034485
    Suite 202, Market Court
    537 Market Street
    Chattanooga, Tennessee 37402
    Telephone: (423) 756-7117
    Facsimile: (423) 267-5032
    Email: jcothern@pbsjlaw.com
          rwheeler@pbsjlaw.com

*Attorneys for Defendants*

Frost Brown Todd LLC

By: /s/ Scott R. Brown
    Scott R. Brown, #033155
    The Pinnacle at Symphony Place
    150 Third Avenue South, Suite 1900
    Nashville, TN 37201
    Telephone: (615) 251-5550
    Fax: (615) 251-5551
    Email: srbrown@fbtlaw.com

*Attorneys for Plaintiff*

## Certificate of Service

I certify that on November 5, 2020, this document has been served upon all the parties via the Court's ECF system.

Patrick, Beard, Schulman & Jacoway, P.C.

By: /s/ Jeremy M. Cothern
    Jeremy M. Cothern, #027166