# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| RIVERPORT INSURANCE COMPANY, ) | |
| ) | Case No. 1:19-CV-183 |
| *Plaintiff*, ) | |
| ) | Judge Travis R. McDonough |
| v. ) | |
| ) | Magistrate Judge Christopher H. Steger |
| ADVENT HOME LEARNING CENTER, ) | |
| INC. d/b/a ADVENT HOME YOUTH ) | |
| SERVICES, INC., and BLONDEL ) | |
| SENIOR ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Before the Court is the parties' joint motion for dismissal with prejudice under Federal Rule of Civil Procedure 41. (Doc. 25.) The parties' motion is **GRANTED**. The above captioned case is **DISMISSED with prejudice**. The clerk is **DIRECTED** to close this case.

**SO ORDERED.**

                                         */s/ Travis R. McDonough*
                                         **TRAVIS R. MCDONOUGH**
                                         **UNITED STATES DISTRICT JUDGE**